1  SUSAN M. BENSON, CSBN 146837
   Susan M. Benson & Associates, LLP
2
     645 Balboa Blvd, Suite 384, Bldg IV
3    Encino, California 91316
     Telephone: (818) 708-1250
4    Facsimile:  (818) 708-1444
     Email: sbenson@bensonlegal.net
5
   Attorneys for Plaintiff Mid Century Insurance Company
6

7  MELINDA L HAAG, CSBN 162312
   United States Attorney
8  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
9  JUAN D. WALKER, CSBN 208008
   Special Assistant United States Attorney
10

11   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
12   Telephone: (415) 436-6915
     FAX: (415) 436-6927
13   Email: juan.walker@usdoj.gov

14
   Attorneys for Federal Defendant
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 MID CENTURY INSURANCE COMPANY,     )
                                      ) Docket No. CV-10-3221 EMC
20              Plaintiff,            )
                                      )
21 v.                                 ) **STIPULATION CONTINUING INITIAL**
                                      ) **CASE MANAGEMENT CONFERENCE**
22 UNITED STATES DEPARTMENT OF        )
   AGRICULTURE,                       )    ORDER
23                                    )
                Defendant.            )
24 _____  )

25

26     IT IS HEREBY STIPULATED by and between the parties hereto, that

27 1. The Initial Case Management Conference in the above-entitled case is currently set for

28 November 3, 2010 at 1:30 p.m.

**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
Mid Century Ins. Co. v. USDA, CV-10-3221 EMC            1

2. The complaint in this matter was filed on July 22, 2010. Due to an internal mis-communication, Plaintiff's counsel has not yet properly served the Federal Defendant.

3. The Federal Defendant has agreed to accept service by mail. Plaintiff's counsel mailed the complaint on October 18, 2010. The parties expect service to be effectuated by October 21, 2010.

4. After service is complete, the Federal Defendant will have 60 days to respond to the complaint. Therefore, it is respectfully requested that the Initial Case Management Conference be continued to a date after December 21, 2010 to accommodate the expected answer date.

5. It is also respectfully requested that the ADR deadlines be continued along with the Initial Case Management Conference.

DATED: October 18, 2010         SUSAN M. BENSON & ASSOCIATES LLP

/S/
_____
SUSAN M. BENSON
Attorneys for Mid-Century

DATED: October 18, 2010         MELINDA L. HAAG
                                United States Attorney

/S/
_____
JUAN D. WALKER
Special Assistant United States Attorney
Attorneys for Federal Defendant

## PROPOSED ORDER

The Initial Case Management Conference in the above-entitled case, will be continued until 1/19/2011 at 1:30 p.m.   A joint cmc statement shall be filed by 1/12/2011.

DATED: ___10/21___, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION CONTINUING INITIAL CASE MANAGEMENT
Mid Century Ins. Co. v. USDA, CV-10-3221 EMC