1  SUSAN M. BENSON, CSBN 146837
   Susan M. Benson & Associates, LLP
2     645 Balboa Blvd, Suite 384, Bldg IV
      Encino, California 91316
3     Telephone: (818) 708-1250
      Facsimile:  (818) 708-1444
4     Email: sbenson@bensonlegal.net

5  Attorneys for Plaintiff Mid Century Insurance Company

6

7  MELINDA L HAAG, CSBN 162312
   United States Attorney
   JOANN M. SWANSON, CSBN 88143
8  Chief, Civil Division
   JUAN D. WALKER, CSBN 208008
9  Special Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
10    San Francisco, California 94102-3495
      Telephone: (415) 436-6915
11    FAX: (415) 436-6927
      Email: juan.walker@usdoj.gov
12

13 Attorneys for Federal Defendant

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 MID CENTURY INSURANCE COMPANY,   )  Docket No. CV-10-3221 EMC
                                    )
19              Plaintiff,          )
                                    )  **STIPULATION AND [PROPOSED]**
   v.                               )  **ORDER CONTINUING ADR**
20                                  )  **COMPLETION DATE AND FURTHER**
   UNITED STATES DEPARTMENT OF      )  **CASE MANAGEMENT CONFERENCE**
21 AGRICULTURE,                     )
                                    )
22              Defendant.          )
                                    )
23

24
   IT IS HEREBY STIPULATED by and between the parties hereto, that
25
   1. Counsel for Defendant was recently assigned as co-trial counsel in another matter in which fact
26
   discovery closes on May 2, 2011.  The plaintiff's deposition in that matter has been scheduled for
27
   April 7, 2011, and it conflicts with the April 7, 2011 mediation date set in this matter.
28
   **STIPULATION AND [PROPOSED] ORDER CONTINUING**
   **ADR COMPLETION DATE AND FURTHER CMC**
   **Mid Century Ins. Co. v. USDA, CV-10-3221 EMC**          1

2. The ADR Completion date in this matter is currently April 13, 2011.

3. The parties and mediator have agreed to reschedule the mediation to May 17, 2011, subject to the Court's continuance of the ADR completion date.

4. The Further Case Management Conference in this matter is set for April 20, 2011 at 2:30 pm.

5. The Court has not previously continued the ADR completion date in this matter. The Court granted one extension of the Initial Case Management Conference ("ICMC") because, as result of a delay in service, the answer to the complaint was not due until after the ICMC.

6. The parties therefore request an Order from the Court continuing the ADR Completion deadline from April 13, 2011 to May 25, 2011, and continuing the Further Case Management Conference to May 25, 2011 at 1:30pm with the Further Joint Case Management Statement due on May 18, 2011.

DATED: March 28, 2011                SUSAN M. BENSON & ASSOCIATES LLP

                                     /S/
                                     _____
                                     SUSAN M. BENSON
                                     Attorneys for Mid-Century

DATED: March 28, 2011                MELINDA L. HAAG
                                     United States Attorney

                                     /S/
                                     _____
                                     JUAN D. WALKER
                                     Special Assistant United States Attorney
                                     Attorneys for Federal Defendant

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: ___3/29___, 2011              _____
                                     EDWARD M. CHEN
                                     United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (signature seal, United States District Court, Northern District of California)*

**STIPULATION AND [PROPOSED] ORDER CONTINUING
ADR COMPLETION DATE AND FURTHER CMC
Mid Century Ins. Co. v. USDA, CV-10-3221 EMC**          2