MELINDA L. HAAG, CSBN 162312
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
JUAN D. WALKER, CSBN 208008
Special Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
    Email: juan.walker@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MID CENTURY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | No. 10-3221 EMC <br><br> **NOTICE OF SETTLEMENT** <br> ORDER RESETTING CMC |

TO:   THE COURT AND TO ALL PARTIES:

    Please take notice that the above-captioned case has settled.  The parties will be filing a settlement agreement shortly for the Court's approval.  The parties jointly request that all dates be taken off calendar.

    Respectfully submitted,

    MELINDA L. HAAG
    United States Attorney

Dated: May 6, 2011

    _____/s/_____
    JUAN D. WALKER
    Special Assistant United States Attorney

IT IS SO ORDERED that the CMC set for 5/25/11 is reset for 6/22/11 at 1:30 p.m.  This hearing will be vacated once a dismissal is filed.

_____
Edward M. Chen, U.S. Magistrate Judge

[Stamp: IT IS SO ORDERED MODIFIED — Judge Edward M. Chen]