```
 1  MELINDA L. HAAG, CSBN 162312
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  JUAN D. WALKER, CSBN 208008
    Assistant United States Attorney
 4       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 5       Telephone: (415) 436-6915
         FAX: (415) 436-6927
 6       Email: juan.walker@usdoj.gov

 7
    Attorneys for Federal Defendant
 8  SUSAN M. BENSON, CSBN 146837
    Susan M. Benson & Associates, LLP
 9       645 Balboa Blvd, Suite 384, Bldg IV
         Encino, California 91316
10       Telephone: (818) 708-1250
         Facsimile: (818) 708-1444
11       Email: sbenson@bensonlegal.net

12  Attorneys for Plaintiff Mid Century Insurance Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MID CENTURY INSURANCE CO., | ) No. C 10-3221 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) |
| Defendant. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
No. C 10-3221 EMC

1 THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
2 FOLLOWING STIPULATION:

3 Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Mid Century Insurance Company, and defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED:

By:
Title_____
MID CENTURY INSURANCE CO.
Plaintiff

DATED:

By:
SUSAN M. BENSON
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED:

By:
JUAN D. WALKER
Assistant United States Attorney

[PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 6/20

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE